**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                            **CRIMINAL ACTION NO. 2:06CR155**

**RODERICK K. BOVAN**

**ORDER**

This cause is before the Court on defendant Bovan's Motion for Continuance [12]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for December 18, 2006. Counsel for defendant Bovan seeks a continuance in order to complete discovery and to more fully investigate the possibility of a plea agreement with the government. The government does not object to the requested continuance. Based on the foregoing, the Court finds that the defendant's motion is well-taken and should be granted.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of delay from December 18, 2006 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to afford defendant additional time to investigate and prepare a defenses to the pending charges. Therefore, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. The Motion for Continuance [12] is GRANTED;

2. That the trial of this matter is continued until Monday, February 5, 2007 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi;

3. That the delay from December 18, 2006 until February 5, 2007 is excluded as set out above;

4. That the deadline for filing pretrial motions is January 22, 2007;

5. That the deadline for submitting a plea agreement is January 29, 2007.

SO ORDERED, this the 21st day of November, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE